AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Freeman United Coal Mining Company )
                                   )
            Plaintiff(s)           )   **APPEARANCE**
                                   )
                                   )
            vs.                    )   CASE NUMBER   1:07-cv-01050-PLF
United Mine Workers of America, et al. )
                                   )
            Defendant(s)           )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jessica Ring Amunson   as counsel in this
                                 (Attorney's Name)

case for:   Freeman United Coal Mining Company
            (Name of party or parties)


June 21, 2007
Date                                        Signature

                                            Jessica Ring Amunson
D.C. Bar No. 497223                         Print Name
BAR IDENTIFICATION
                                            Jenner & Block, LLP, 601 13th Street, NW
                                            Address

                                            Suite 1200, Washington DC 20005
                                            City          State          Zip Code

                                            (202) 639-6000
                                            Phone Number

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of June, 2007 I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which will send notification of such filing to the attorneys of record on this case as listed below.

                                                                         /s/ Jessica Ring Amunson

John R. Mooney
Mark J. Murphy
Richard Carey Welch
MOONEY, GREEN, BAKER, SAINDON, PC
1920 L Street, NW
Suite 400
Washington, DC 20036
(202) 783-0010
jmooney@mooneygreen.com
mmurphy@mooneygreen.com
rwelch@mooneygreen.com

***Attorneys for Defendant United Mine Workers of America***

Peter Buscemi
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Seventh Floor
Washington, DC 20004-2541
(202) 739-5190
pbuscemi@morganlewis.com

***Attorney for Defendant Bituminous Coal Operators Association***

Julia Penny Clark
Charlotte Garden
Devki Kaur Virk
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street N.W.
Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile:  (202) 842-1888
jpclark@bredhoff.com
cgarden@bredhoff.com
dvirk@bredhoff.com

***Attorneys for Defendant 1974 Pension Trust***