IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREEMAN UNITED COAL MINING COMPANY,<br>     Plaintiff,<br><br>  v.<br><br>UNITED MINE WORKERS OF AMERICA,<br>BITUMINOUS COAL OPERATORS' ASSOCIATION,<br>INC., and UNITED MINE WORKERS OF AMERICA<br>1974 PENSION FUND,<br>     Defendants. | No. 1:07-cv-01050-PLF |

## NOTICE OF DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury with respect to any issue so triable.

Respectfully submitted:

FREEMAN UNITED COAL MINING COMPANY

By: /s/Paul M. Smith

Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 639-6000
Facsimile:  (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

Michael W. Robinson
DC Bar No. 437979
Gregory J. Ossi
DC Bar No. 460243

VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949
mwrobinson@venable.com
gjossi@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of June, 2007 I electronically filed the foregoing Notice of Demand for Jury Trial using the CM/ECF system, which will send notification of such filing to the attorneys of record on this case as listed below.

                                  __/s/ Paul M. Smith_____

John R. Mooney
Mark J. Murphy
Richard Carey Welch
MOONEY, GREEN, BAKER, SAINDON, PC
1920 L Street, NW
Suite 400
Washington, DC 20036
(202) 783-0010
jmooney@mooneygreen.com
mmurphy@mooneygreen.com
rwelch@mooneygreen.com

*Attorneys for Defendant United Mine Workers of America*

Peter Buscemi
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Seventh Floor
Washington, DC 20004-2541
(202) 739-5190
pbuscemi@morganlewis.com

*Attorney for Defendant Bituminous Coal Operators' Association*

Julia Penny Clark
Charlotte Garden
Devki Kaur Virk
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street N.W.
Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile:  (202) 842-1888
jpclark@bredhoff.com
cgarden@bredhoff.com
dvirk@bredhoff.com

*Attorneys for Defendant 1974 Pension Trust*