# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>      Plaintiffs,<br><br>v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07-cv-490<br>Judge Paul L. Friedman |
| Freeman United Coal Mining Company,<br><br>      Plaintiff,<br><br>v.<br><br>United Mine Workers of America, et al.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07-cv-1050<br>Judge Paul L. Friedman |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT POSTAR COAL COMPANY, INC.

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses Defendant Postar Mining Company, Inc. from this action. Defendant Postar Coal Company, Inc. has not yet filed an answer or a motion for summary judgment with this Court. This dismissal is without prejudice.

       Respectfully submitted,


       _____/s/_____
       JULIA PENNY CLARK
       D.C. Bar No. 269609
       CHARLOTTE GARDEN
       D.C. Bar No. 489040
       Bredhoff & Kaiser P.L.L.C.
       805 Fifteenth Street N.W.
       Suite 1000
       Washington, DC 20005
       Telephone:  202-842-2600


       DAVID W. ALLEN
       General Counsel
       D.C. Bar No. 81638
       LARRY D. NEWSOME
       Associate General Counsel
       D.C. Bar No. 254763
       CHRISTOPHER F. CLARKE
       Senior Assistant General Counsel
       D.C. Bar No. 441708

       UMWA HEALTH & RETIREMENT
       FUNDS
       Office of the General Counsel
       2121 K Street, N.W.
       Washington, D.C.  20037
       Telephone:  202-521-2238


       *Attorneys for Plaintiffs*

Dated:  August 23, 2007

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2007, I filed the foregoing Notice of Dismissal Without Prejudice of Defendant Postar Coal Company, Inc. via ECF and served said Notice via first-class mail on all Defendants, through their registered agents, at the following addresses:

FREEMAN UNITED COAL MINING COMPANY
c/o Thomas A. Korman
222 N LaSalle St., 8th Floor
Chicago, IL 60601

MONTEREY COAL COMPANY
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

POSTAR COAL COMPANY, INC.
c/o Michael Poskas
685 Cavitts Creek Road,
North Tazewell, VA 24630


/s/
Julia Penny Clark