**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br>             Plaintiffs,<br><br>      v.<br><br>FREEMAN UNITED COAL MINING COMPANY, MONTEREY COAL COMPANY,<br>             Defendants. | No. 1:07-cv-00490-PLF |
| FREEMAN UNITED COAL MINING COMPANY,<br>             Plaintiff,<br><br>      v.<br><br>UNITED MINE WORKERS OF AMERICA, BITUMINOUS COAL OPERATORS' ASSOCIATION, INC., and UNITED MINE WORKERS OF AMERICA 1974 PENSION FUND,<br>             Defendants. | No. 1:07-cv-01050-PLF |

**MOTION FOR AARON M. FORESTER TO APPEAR *PRO HAC VICE* AS COUNSEL FOR FREEMAN UNITED MINING COAL MINING COMPANY**

Pursuant to Local Rule LCvR 83.2, Freeman United Coal Mining Company hereby moves for Aaron M. Forester to appear *pro hac vice* as counsel and in support of the motion states as follows:

1.      Counsel, Paul M. Smith, is a member in good standing of the District of Columbia Bar and is admitted to practice before this Court.

2.      Counsel, Michael W. Robinson, is a member in good standing of the District of Columbia Bar and is admitted to practice before this Court.

1575583.1

3. Counsel, Gregory J. Ossi, is a member in good standing of the District of Columbia Bar and is admitted to practice before this Court.

4. Counsel, Jessica Ring Amunson, is a member in good standing of the District of Columbia Bar and is admitted to practice before this Court.

5. Aaron M. Forester is a member in good standing of the Bar of the State of Illinois and the United States District Courts for the Northern and Central Districts of Illinois, as indicated in his Declaration attached hereto as Exhibit A.

6. Mr. Forester has not been disbarred nor suspended from practice in any court in any jurisdiction, nor disciplined in any fashion, as also indicated on Exhibit A.

WHEREFORE, Freeman United Coal Mining Company and Paul M. Smith, Michael W. Robinson, Gregory J. Ossi, and Jessica Ring Amunson, counsel, hereby request that this Court admit Aaron M. Forester *pro hac vice* to appear on behalf of Freeman in the above captioned matters.

Respectfully submitted:

FREEMAN UNITED COAL MINING COMPANY

By: /s/Paul M. Smith

Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

Michael W. Robinson

1575583.1

          DC Bar No. 437979
          Gregory J. Ossi
          DC Bar No. 460243
          VENABLE LLP
          8010 Towers Crescent Drive
          Suite 300
          Vienna, VA 22182
          Telephone: (703) 760-1600
          Facsimile: (703) 821-8949
          mwrobinson@venable.com
          gjossi@venable.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of September, 2007 I electronically filed the foregoing Motion for Aaron M. Forester to Appear *Pro Hac Vice* as Counsel for Freeman United Coal Mining Company using the CM/ECF system, which will send electronic notification of such filing to the attorneys of record in these consolidated cases as listed in the CM/ECF system.

  I served the following party via U.S. Mail, postage prepaid:

    Deborah Stern
    UNITED MINE WORKERS OF AMERICA
    8315 Lee Highway
    Fairfax, VA 22031


                /s/ Jessica Ring Amunson

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>FREEMAN UNITED COAL MINING COMPANY, MONTEREY COAL COMPANY,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:07-cv-00490-PLF |
| FREEMAN UNITED COAL MINING COMPANY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MINE WORKERS OF AMERICA, BITUMINOUS COAL OPERATORS' ASSOCIATION, INC., and UNITED MINE WORKERS OF AMERICA 1974 PENSION FUND,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:07-cv-01050-PLF |

**DECLARATION OF AARON M. FORESTER TO APPEAR *PRO HAC VICE* AS COUNSEL FOR FREEMAN UNITED MINING COAL MINING COMPANY PURSUANT TO LOCAL RULE LCvR 83.2(d)**

In support of the motion of Freeman United Coal Mining Company for me to appear as counsel on its behalf *pro hac vice*, I, Aaron M. Forester state as follows:

1. My full name is Aaron Micah Forester.

2. I am an associate with the law firm of Jenner & Block, LLP. My office address, telephone number, facsimile number and email address are:

    Aaron M. Forester
    JENNER & BLOCK LLP
    330 N. Wabash Avenue

Chicago, Illinois 60611
Telephone: (312) 840-8620
Facsimile: (312) 840-8720
E-mail: aforester@jenner.com

3. I am an attorney at law, duly licensed to practice by the Bar of the State of Illinois since 2004. I am also admitted to practice before the United States District Courts for the Northern and Central Districts of Illinois.

4. I am a member in good standing of the Bar of each Court, as above indicated, to which I have been admitted. I have not been disbarred nor suspended from practice in any court in any jurisdiction, nor disciplined in any fashion.

5. I have not been admitted *pro hac vice* in this District within the past two years.

6. I do not practice from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and I have not applied for membership to the District of Columbia Bar.

I have read the above Declaration consisting of six (6) paragraphs and it is true and correct.

Dated: September 12, 2007

_____
Aaron M. Forester
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
Telephone: (312) 840-8620
Facsimile: (312) 840-8720
E-mail: aforester@jenner.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br>    Plaintiffs,<br><br>v.<br><br>FREEMAN UNITED COAL MINING COMPANY, MONTEREY COAL COMPANY,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:07-cv-00490-PLF |
| FREEMAN UNITED COAL MINING COMPANY,<br>    Plaintiff,<br><br>v.<br><br>UNITED MINE WORKERS OF AMERICA, BITUMINOUS COAL OPERATORS' ASSOCIATION, INC., and UNITED MINE WORKERS OF AMERICA 1974 PENSION FUND,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:07-cv-01050-PLF |

**[PROPOSED] ORDER**

This cause having come before the Court on the motion of Freeman United Coal Mining Company ("Freeman") for Aaron Micah Forester to appear *pro hac vice* on its behalf and the Court having considered the same, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED and Aaron Micah Forester shall be permitted to appear in Case No. 1:07-cv-00490-PLF and Case No. 1:07-cv-01050-PLF on behalf of Freeman.

Entered this _____ day of _____, 2007.

_____
The Honorable Paul L. Friedman