UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07-cv-490 (PLF) |
| ) | |
| Freeman United Coal Mining Co., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Freeman United Coal Mining Co., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-1050 (PLF) |
| ) | |
| United Mine Workers of ) | |
| America, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING UNDER SEAL**

Defendant United Mine Workers of America ("Union"), by its undersigned counsel, hereby files this notice stating that pursuant to Local Civil Rule 5.1(j) and the October 2, 2007 Protective Order issued by the Court in the above referenced cases, a separately marked envelope containing a four page document (bates numbered 0615-0618) was sent to the Clerk's office to be filed "under seal." This document is referenced in the Declaration of Mark J. Murphy ("Murphy Declaration"). The Murphy Declaration was an exhibit to the Union's opposition brief to Rule 56(f) motions. This opposition brief was electronically filed with the Court on Tuesday, November 13, 2007. See 07-cv-1050 PACER Docket Entry No. 30, Attachment 1.

The document will remain in the Clerk's office and continued to be considered a "sealed" document under Local Rule 5.1(j) and the Court's October 2, 2007 Protective Order.

        Respectfully submitted,

        _____/s/_____
John R. Mooney, Bar No. 375886
Mark J. Murphy, Bar No.  453060
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088 facsimile

Counsel for Defendant
United Mine Workers of America

November 16, 2007