**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                   )
Michael H. Holland, Micheal W. Buckner,           )
B.V. Hyler and Steven F. Schaab as Trustees       )
of the United Mine Workers of America 1974    )
Pension Trust,                                                       )
               Plaintiffs,                                      )
                                                                   )
         v.                                                        )
                                                                   )   Case No. 07-cv-00490 (PLF/AK)
Freeman United Coal Mining Company, et al.,      )
                                                                   )
               Defendants.                                  )
_____)
                                                                   )
Freeman United Coal Mining Company,              )
                                                                   )
               Plaintiff,                                         )   Case No. 07-cv-01050 (PLF/AK)
                                                                   )
         v.                                                        )
                                                                   )
United Mine Workers of America, et al.,              )
                                                                   )
               Defendants.                                  )
_____)

**STIPULATION OF THE PARTIES REGARDING GUARANTEE CLAUSE**

Now come the parties, Freeman United Coal Mining Company ("Freeman"), Michael H. Holland, Micheal W. Buckner, B.V. Hyler, and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust ("1974 Pension Trust"), Bituminous Coal Operators' Association ("BCOA"), and United Mine Workers of America ("UMWA"), and hereby stipulate to the following:

> There was no increase in the rate of contributions due to the 1974 Pension Trust for work performed in 2007, as the result of any exercise of authority in the BCOA under the Guarantee Clause. The 1974 Pension Trust therefore does not contend that the Guarantee Clause requires Freeman to make any contributions to the 1974 Pension Trust for work performed in 2007. This stipulation is without prejudice to: (1) the 1974 Pension Trust's claim that the Evergreen Clause

    requires Freeman to make contributions for work performed by Freeman's classified employees in 2007; (2) Freeman's claim that it is not required to make contributions for work performed in 2007 at the rates contained in the 2007 NBCWA; and, (3) Freeman's claim that if Freeman is obligated to make contributions to the 1974 Pension Trust based on the 2007 NBCWA, then the BCOA breached duties to Freeman.

    The undersigned parties respectfully request that the Clerk of the Court file this stipulation in the above-captioned cases.

| /s/ Paul M. Smith | /s/ John R. Mooney |
|---|---|
| Paul M. Smith | John R. Mooney |
| DC Bar No. 358870 | Mark J. Murphy |
| Jessica Ring Amunson | MOONEY, GREEN, BAKER, SAINDON, PC |
| DC Bar No. 497223 | 1920 L Street, NW |
| JENNER & BLOCK LLP | Suite 400 |
| 601 13th Street, NW | Washington, DC 20036 |
| Washington, DC 20005 | (202) 783-0010 |
| Tel: (202) 639-6000 | jmooney@mooneygreen.com |
| Fax: (202) 661-4993 | mmurphy@mooneygreen.com |
| psmith@jenner.com | |
| jamunson@jenner.com | Deborah Stern |
| | United Mine Workers of America |
| Susan C. Levy (*pro hac vice*) | 8315 Lee Highway |
| JENNER & BLOCK LLP | Fairfax, VA 22031 |
| 333 North Wabash Avenue | Main: 703-208-7200 |
| Chicago, IL 60611 | dstern@umwa.org |
| Tel: (312) 923-2772 | |
| Fax: (312) 840-7772 | *Attorneys for UMWA* |
| slevy@jenner.com | |
| | /s/ Peter Buscemi |
| Gregory J. Ossi | Peter Buscemi |
| DC Bar No. 460243 | Stanley F. Lechner |
| VENABLE LLP | Charles P. Groppe |
| 8010 Towers Crescent Drive, Suite 300 | MORGAN, LEWIS & BOCKIUS, L.L.P. |
| Vienna, VA 22182 | 1111 Pennsylvania Avenue, NW |
| Tel: (703) 760-1600 | Seventh Floor |
| Fax: (703) 812-8949 | Washington, DC 20004-2541 |
| gjossi@venable.com | (202) 739-5190 |
| | pbuscemi@morganlewis.com |
| *Counsel for Freeman United* | slechner@morganlewis.com |
| *Coal Mining Company* | cgroppe@morganlewis.com |
| | |
| | *Attorneys for BCOA* |

2

  /s/ Julia Penny Clark_____
Julia Penny Clark
Charlotte Garden
Andrew Roth
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street N.W.
Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile:  (202) 842-1888
jpclark@bredhoff.com
cgarden@bredhoff.com
aroth@bredhoff.com

David W. Allen
Larry D. Newsome
Christopher F. Clarke
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: 202-521-2238
Facsimile:  (202) 842-1888
cclarke@umwafunds.org
lnewsome@umwafunds.org
dallen@umwafunds.org

***Attorneys for 1974 Pension Trust***

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of January, 2008, I served the foregoing via the Court's ECF system, which will provide notification to all counsel of record in these consolidated cases.