**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| Michael H. Holland, Michael W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust, <br><br>    Plaintiffs, <br>  v. <br><br>Freeman United Coal Mining Company, et al., <br><br>    Defendants. | Case No. 07-cv-00490 (PLF/AK) |
| Freeman United Coal Mining Company, <br><br>    Plaintiff, <br>  v. <br><br>United Mine Workers of America, et al., <br><br>    Defendants. | Case No. 07-cv-01050 (PLF/AK) |

**FREEMAN UNITED COAL MINING COMPANY'S STATEMENT REGARDING ELECTRONIC MAIL RETRIEVAL CAPABILITIES**

On March 11, 2008, Magistrate Judge Alan Kay heard oral argument on the Bituminous Coal Operators' Association's ("BCOA's") Motion to Compel Discovery and For Use Preclusion ("BCOA Mot."). During argument and in its motion, BCOA sought to compel Freeman United Coal Mining Company ("Freeman") to produce "all documents concerning Freeman's communications after January 1, 1997 with other bituminous coal companies regarding BCOA." BCOA Document Request 3 (attached as Exhibit 1 to BCOA Mot.). Freeman objected to BCOA's request and rejected BCOA's claim that such materials are relevant to Freeman's Count II argument regarding BCOA's breach of its duties to Freeman. Freeman noted that because the genesis of any agency relationship between BCOA and Freeman

is the evergreen clause, what Freeman said or did not say to other bituminous coal companies in the past eleven years regarding BCOA is of no relevance.[1]

During the hearing, Magistrate Judge Kay inquired regarding Freeman's email storage system and Freeman's capacity to search for emails responsive to BCOA Document Request 3, and ordered Freeman's counsel to file a pleading regarding this issue. Pursuant to this order, Freeman's counsel consulted with Mr. Jim Martin, Freeman's former Manager of Technical Services (currently Director of Technical Services at Springfield Coal Company). Mr. Martin explained as follows:

1. Prior to ceasing operations, Freeman regularly created backup tapes of its server that contained employee emails, but these backup tapes were for disaster-recovery purposes only and such tapes were typically recycled by Freeman on a weekly basis.

2. As a result of this litigation, Freeman circulated a comprehensive litigation hold memorandum and backup tapes of Freeman's server that typically would have been recycled were instead stored.

3. These backup tapes have data from the personal email files of approximately 35 former Freeman employees who worked in Freeman's corporate office. The email files (".pst" files)[2] of these employees that exist on these stored backup tapes are available for discovery purposes. Based on the practices (and tenure) of each of these employees, these tapes may have

---

[1] In denying BCOA's motion to dismiss Count II, Judge Scott of the Central District of Illinois recognized that the evergreen clause was the genesis of the agency claim. Judge Scott held that Freeman's agency claim "put at issue the parties' intent in 1978 when the Evergreen Clause was added to the 1974 Pension Fund Trust and the NBCWA." *Freeman United Coal Mining Co. v. United Mine Workers of America*, No. 07-3048, 2007 WL 1549489, at *6 (C.D. Ill. May 25, 2007). She characterized the question as "whether BCOA agreed, in exchange for that perpetual agreement by the coal companies [to contribute under the evergreen clause], to act as the agent for these companies in all future negotiations with the UMWA." *Id.*

[2] ".pst" ("Personal Storage Table") is the filename extension for Microsoft emails that are saved locally by the user.

personal email files containing emails dating as far back as 1997; however, this would be entirely dependent upon whether the individual employee chose to store such emails.

4. In responding to BCOA's document requests, Freeman has already performed a comprehensive search of its backup tapes for the email (pst) files of the individuals it identified as potentially having data responsive to BCOA's requests: (1) Thomas Austin, former Vice President of Human Resources and Government Relations; (2) Donald Dame, Mr. Austin's predecessor at Freeman; and (3) Victor Vencill, Former Director of Accounting and Risk. In total, Freeman searched over 10,700 emails in responding to BCOA's requests. The oldest emails dated back to 2002.

5. If ordered to search for emails responsive to BCOA Document Request 3, Freeman could search these individuals' email (pst) files on the backup tapes using appropriate search terms such as "BCOA" or "Bituminous Coal Operators' Association." Based on its searches for documents responsive to BCOA's other requests, Freeman believes it is highly unlikely that such additional searching will result in any responsive emails.

March 17, 2008                                                       Respectfully submitted,

                                                                       __/s/ Paul M. Smith____

Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:   (202) 639-6000
Fax:   (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

Susan C. Levy (*pro hac vice*)
Daniel J. Winters (*pro hac vice*)

3

JENNER & BLOCK LLP
333 North Wabash Avenue
Chicago, IL 60611
Tel:  (312) 923-2772
Fax:  (312) 840-7772
slevy@jenner.com
dwinters@jenner.com

Gregory J. Ossi
DC Bar No. 460243
Adrianna K. Marks (*pro hac vice*)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Tel:  (703) 760-1600
Fax:  (703) 812-8949
gjossi@venable.com
akmarks@venable.com

***Counsel for Freeman United Coal Mining Company***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2008, the foregoing was served via the Court's ECF system, which will cause an electronic copy of the foregoing to be sent to all counsel of record in the case.

/s/ Jessica Ring Amunson
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:   (202) 639-6000
Fax:   (202) 661-4993
jamunson@jenner.com

*Counsel for Freeman United*