IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Holland, et al., <br><br> Plaintiff, <br> v. <br><br> Freeman United Coal Mining Company, et al., <br><br> Defendants. | Case No. 07-cv-490 (PLF/AK) |
| Freeman United Coal Mining Company, <br><br> Plaintiff, <br> v. <br><br> United Mine Workers of America, et al., <br><br> Defendants. | Case No. 07-cv-1050 (PLF/AK) |

**NOTICE OF PARTIES' JOINT PROPOSED ARGUMENT SCHEDULE
FOR THE PENDING MOTIONS FOR SUMMARY JUDGMENT**

In response to the Court's April 25, 2008 Minute Order, the parties, through their respective counsel, hereby submit the following proposed schedule for the parties' April 29, 2008 oral argument on the pending motions for summary judgment.

1.   **Duration.**

The parties propose that each side have 60 minutes for argument on the three pending motions filed by the United Mine Workers of America 1974 Pension Trust, the Bituminous Coal Operators' Association, Inc. ("BCOA"), and the United Mine Workers of America ("UMWA")

(collectively, "Movants"). The 60 minutes of argument time for Movants will include rebuttal, as reflected in the following proposed allocation of time.

## 2. Order of Argument and Allocation of Time.

The parties propose the following argument order and allocation of time for the April 29, 2008 argument:

1. <u>Movants</u>: Total time 45 minutes.

   a. UMWA 1974 Pension Trust - 15-20 minutes.

   b. BCOA - 15 minutes.

   c. UMWA - 10-15 minutes.

2. Respondents: Total time 60 minutes.

   a. Freeman - 40 minutes.

   b. Monterey - 20 minutes.

3. Movants' Rebuttal: Total time 15 minutes, to be allocated as needed at the hearing.

Respectfully submitted,

 /s/ Paul M. Smith
Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:   (202) 639-6000
Fax:   (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

 /s/ Julia Penny Clark
Julia Penny Clark
Charlotte Garden
Andrew Roth
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street N.W.
Suite 1000
Washington, DC 20005
Tel:   (202) 842-2600
Fax:   (202) 842-1888
jpclark@bredhoff.com
cgarden@bredhoff.com
aroth@bredhoff.com

Susan C. Levy
Daniel J. Winters
JENNER & BLOCK LLP
333 North Wabash Avenue
Chicago, IL 60611
Tel:    (312) 923-2772
Fax:    (312) 840-7772
slevy@jenner.com

Gregory J. Ossi
DC Bar No. 460243
Adrianna K. Marks
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Tel:    (703) 760-1600
Fax:    (703) 812-8949
gjossi@venable.com

***Counsel for Freeman United Coal Mining Company***

  /s/
John R. Woodrum
William I. Althen
OGLETREE, DEAKINS, NASH
   SMOAK & STEWART, P.C.
Fifth Floor
2400 N Street, NW
Washington, DC 20037
Tel:    (202) 887-0855
john.woodrum@odnss.com
william.althen@odnss.com

***Attorneys for Monterey Coal Co.***

David W. Allen
Larry D. Newsome
Christopher F. Clarke
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Tel:    (202) 521-2238
Fax:    (202) 842-1888
cclarke@umwafunds.org
lnewsome@umwafunds.org
dallen@umwafunds.org

***Attorneys for UMWA 1974 Pension Trust and its Trustees***

  /s/
John R. Mooney
Mark J. Murphy
MOONEY, GREEN, BAKER, SAINDON, PC
1920 L Street, NW
Suite 400
Washington, DC 20036
Tel:    (202) 783-0010
jmooney@mooneygreen.com
mmurphy@mooneygreen.com

Deborah Stern
United Mine Workers of America
8315 Lee Highway
Fairfax, VA 22031
Tel:    (703) 208-7200
dstern@umwa.org

***Attorneys for UMWA***

  /s/
Peter Buscemi
Stanley F. Lechner
Charles P. Groppe
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel:    (202) 739-5190
Fax:    (202) 739-3001
pbuscemi@morganlewis.com

slechner@morganlewis.com
cgroppe@morganlewis.com

***Attorneys for BCOA***

DATE:  April 28, 2008