# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Freeman United Coal Mining Company, et al., | ) Case No. 07-cv-490 ) Judge Paul L. Friedman ) |
| Defendants. | ) ) ) |
| Freeman United Coal Mining Company, | ) ) ) |
| Plaintiff, | ) Case No. 07-cv-1050 ) Judge Paul L. Friedman |
| v. | ) ) |
| United Mine Workers of America, et al., | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.6(b), Plaintiffs, by and through their counsel of record hereby give notice that attorney Charlotte Garden, of the law firm Bredhoff & Kaiser, P.L.L.C., hereby withdraws as counsel of record for Plaintiffs United Mine Workers of America 1974 Pension Fund and Fund Trustees Michael H. Holland, Micheal W. Buckner, Steven F. Schaab, and B.V. Hyler (collectively, the "1974 Pension Trust") in the above-captioned matter. Attorney Garden is leaving the firm of Bredhoff & Kaiser, P.L.L.C., and thus cannot continue to represent the

Plaintiffs in this action.  Attorneys Julia Penny Clark and Andrew D. Roth, members of the same

firm, who have previously entered an appearance for the Plaintiffs and who have represented the

Plaintiffs throughout the litigation, will continue to serve as counsel of record in this action.

Respectfully Submitted,

/s/ _____
JULIA PENNY CLARK
D.C. Bar No. 269609
ANDREW D. ROTH
D.C. Bar No. 414038
CHARLOTTE GARDEN
D.C. Bar No. 489040
Bredhoff & Kaiser, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C.  20005
Telephone: (202) 842-2600
Fax:  (202) 842-1888